UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY a/s/o
JOHN SCAGNELLI

            Plaintiff,

  - against -

WESTCHESTER COUNTY DEPARTMENT OF   **FRCP RULE 7.1**
PUBLIC WORKS   **DISCLOSURE STATEMENT**

            Defendant,
------------------------------------------------------------X

07 Civ. 6670

NOW comes plaintiff, ACE AMERICAN INSURANCE COMPANY a/s/o JOHN SCAGNELLI, and submits in duplicate its Disclosure Statement pursuant to F.R .Civ. P, Rule 7.1.

ACE LIMITED is the publicly traded parent company of ACE AMERICAN INSURANCE COMPANY. JOHN SCAGNELLI is an individual.

Dated: New York, New York
      July 24, 2007
      230-19

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

                _____
                Gregory G. Barnett (GB-3751)
                317 Madison Avenue, 21st Floor
                New York, NY 10017
                (212) 286-0225

1