UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ACE AMERICAN INSURANCE COMPANY
a/s/o JOHN SCAGNELLI,

                Plaintiff,

  -against-

WESTCHESTER COUNTY DEPARTMENT
OF PUBLIC WORKS,

                Defendant.
-----------------------------------------------------------x

07 Civ. 6670 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       September 14, 2007

                                              _____
                                                 GERARD E. LYNCH
                                                 United States District Judge